

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KARL J. ASHANTI**<br>Assistant Corporation Counsel<br>Phone: (212) 227-0414<br>Fax: (212) 788-9776<br>kashanti@law.nyc.gov |

September 15, 2011

**BY ECF**
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    <u>Christopher and Sumintra Dryden v. City of New York, et al.</u>
                       11 CV 862 (NGG)(RLM)

Your Honor:

        I represent the defendants in the above-referenced matter. For Your Honor's approval and signature, enclosed please find an Order of Settlement and Dismissal which has the signatures of all parties.

        Defendants thank the Court for its consideration.

                                        Respectfully submitted,

                                        Karl J. Ashanti (KA4547)
                                        Assistant Corporation Counsel

cc:    Jeff Chabrowe, Esq. (by ECF)